UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSBERT HUBERTO BONILLA PADILLA,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No. 2:26-cv-02467-ART-NJK

ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Osbert Huberto Bonilla Padilla was brought into ICE custody following his arrest on March 14, 2026. (ECF No. 6 at 4.) On September 3, 2026, he filed this amended habeas petition seeking immediate release from detention. (*Id.* at 12.) The Court initially granted Respondents until September 10, 2026, to file an answer. (ECF No. 3 at 2-3.)

Instead, Respondents filed a Motion to Dismiss the amended petition on preclusion grounds. (ECF No. 7.) The Court denied that motion and instructed Respondents to file an answer, wherein they could raise the preclusion argument along with any substantive response to the petition. (ECF No. 9.) The Court granted Respondents until "Thursday, September 30" to do so. (*Id.*) The Court acknowledges the ambiguity in this deadline, as September 30, 2026, fell on a Wednesday.

As Bonilla Padilla argues in his notice of non-opposition (ECF No. 10), construing this deadline most favorably to Respondents, they still failed to timely file either a response or a request for an additional extension. This failure constitutes a concession that Bonilla Padilla's petition should be granted. *See, e.g.*, *Rodriguez v Mullin*, No. 2:26-cv-00531-APG-NJK, 2026 WL 895685, at *4 (D.

Nev. Apr. 1, 2026) (citing *United States v. Dreyer*, 804 F.3d 1266, 1277 (9th Cir. 2015) (en banc)); *Nino v. DHS*, No. 2:26-cv-02436-APG-DJA, 2026 WL 2806807, at *1 (D. Nev. Sept. 18, 2026) (treating as unopposed a petition where respondents failed to timely respond); *Amador Moran v. Mattos*, No. 2:26-cv-02631-JAD-NJK, ECF No. 16 at 1 (D. Nev. Sept. 29, 2026) (same). The Court thus concludes that the unopposed petition should be granted.

It is therefore ordered that Bonilla Padilla's amended petition for writ of habeas corpus (ECF No. 6) is GRANTED.

It is further ordered that Bonilla Padilla must be RELEASED from detention on October 6, 2026, between 10am and 2pm. Counsel for Bonilla Padilla (or their designee/agent) will be permitted to wait in the public areas of the detention center during the release window.

It is further ordered that the parties must FILE A JOINT STATUS REPORT no later than October 9, 2026, to certify compliance with the Court's order including (i) the date and time of Petitioner's release; (ii) compliance with this Court's directives concerning release on the standard conditions of parole; and (iii) the return of Petitioner's personal property.

Dated this 2nd day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE